IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                          No. 1:25-cr-10008-STA

RAMSES GERHARDUS,

      Defendant.

---

## ORDER REQUIRING ADDITIONAL BRIEFING ON DEFENDANT'S MOTION TO SUPPRESS

---

Defendant Ramses Gerhardus has filed a motion to suppress all evidence against him that was seized during a search of the Greyhound bus on which Defendant was a passenger. (ECF No. 30.) The Government opposes the motion. A hearing on the motion was held on October 10, 2025. The Court allowed the Government to file supplemental authority after the hearing, (ECF No. 56), and Defendant filed a response to the supplemental authority. (ECF No. 57.)  However, it does not appear that either party has fully briefed the applicability of *Bond v. United States*, 529 U.S. 334 (2000) (holding that the officer's manipulation of a bag owned by a bus passenger violated the Fourth Amendment).

Because the holding in *Bond* seems relevant to the issue before the Court, the parties are **ORDERED** to submit a brief within thirty (30) days of this order discussing the applicability and relevance of *Bond* to Defendant's motion.

Each party will then have ten (10) days to respond to the opposing brief if desired.

**IT IS SO ORDERED.**


s /**S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: December 19, 2025